Clayton BENJAMIN, Jr., a/k/a Clayton
Benjamin, Petitioner—Appellant,

v.

Anthony J. PADULA, Warden,
Lee Correctional Institution,
Respondent—Appellee.

No. 09–6136.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 4, 2009.

Clayton Benjamin, Jr., Appellant Pro
Se. James Anthony Mabry, Assistant At-
torney General, Donald John Zelenka,
Deputy Assistant Attorney General, Co-
lumbia, South Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Clayton Benjamin, Jr., seeks to appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
dismissing as untimely his 28 U.S.C.
§ 2254 (2006) petition. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2006). A certificate of
appealability will not issue absent "a sub-
stantial showing of the denial of a constitu-
tional right." 28 U.S.C. § 2253(c)(2)
(2006). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any disposi-
tive procedural ruling by the district court
is likewise debatable. *Miller–El v. Cock-
rell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDan-
iel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683–84 (4th Cir.2001). We have inde-
pendently reviewed the record and con-
clude that Benjamin has not made the
requisite showing. Accordingly, we deny a
certificate of appealability, deny leave to
proceed in forma pauperis, and dismiss the
appeal. We also deny Benjamin's motion
to appoint counsel and dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*